# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | ) | |
|---|---|---|
| GRACIE HARSHAW | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:11-CV-1060 |
| CAROLYN W. COLVIN, et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The jury finds as follows: (1) On the race and/or sex discrimination claim of plaintiff, we find in favor of the defendants. (2) On the retaliation claim of plaintiff, we find in favor of the defendants.

This action was *(check one)*:

☑ tried by a jury with Judge Susan O. Hickey presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 12/19/2013

*CLERK OF COURT*

/s/ R.W. Gray

*Signature of Clerk or Deputy Clerk*